# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

Bridget M. McCormack,
Chief Justice

160962 & (19)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                         SC: 160962
                                         COA: 351347

TERICO LEWIS ALLEN,
                 Defendant-Appellant.
                                         Wayne CC: 87-010096-FC

_____/

       By order of June 30, 2020, the application for leave to appeal the January 24, 2020 order of the Court of Appeals was held in abeyance pending the decision in *People v Manning* (Docket No. 160034). On order of the Court, the case having been denied on December 28, 2020, 506 Mich 1033 (2020), the application is again considered and, it appearing to this Court that the case of *People v Poole* (Docket No. 161529) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to remand and appointment of an expert remains pending.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021



Clerk

p0713